IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. RUTLEDGE,                    )<br>                                                       )<br>         Plaintiff(s),                              )<br>                                                       )<br>   vs.                                                )<br>                                                       )<br>SANTA RITA JAIL, et al.,                    )<br>                                                       )<br>         Defendant(s).                          )<br>_____ ) | No. C 06-4405 CRB (PR)<br><br>ORDER OF DISMISSAL WITH<br>LEAVE TO AMEND |

   Plaintiff, a pre-trial detainee at the Alameda County Jail, Santa Rita Facility, filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging deliberate indifference to his serious medical needs.  He since filed a request to amend his complaint.

   Plaintiff's request is granted and the complaint is DISMISSED with leave to amend within 30 days of this order.  The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page.  Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

   Plaintiff is advised that the amended complaint will supersede the original complaint and all other pleadings.  Claims and defendants not included in the amended complaint will not be considered by the court.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

SO ORDERED.

DATED:  Dec. 04, 2006

_____
CHARLES R. BREYER
United States District Judge